PROSKAUER ROSE LLP
John P. Barry
Irina Constantin
One Newark Center
Newark, New Jersey 17102
T: 973.274.3200
F: 973.274.3299
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------X
:
:
MIGUEL A. DE JESUS,           : CASE NO.: 12-cv-04395 (WJM) (MF)
:
                    Plaintiff, : **NOTICE OF APPEARANCE**
    vs.                       :
:
RBS /ABN AMRO, INC.,          : Document Electronically Filed
:
                    Defendant. :
:
------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance in the above-captioned matter on behalf of defendant The Royal Bank of Scotland N.V., incorrectly named herein as "RBS/ABN AMRO, INC."

I certify that I am admitted to practice in this Court.

s/ Irina Constantin
Irina Constantin, Esq.
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
973-274-3200
iconstantin@proskauer.com

Dated:  July 30, 2012

PROSKAUER ROSE LLP
John P. Barry
Irina Constantin
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.3200
Fax: 973.274.3299
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------X
:
MIGUEL A. DE JESUS,                 :   CASE NO.: 12-cv-04395 (WJM) (MF)
:
                    Plaintiff,      :   **CERTIFICATION OF SERVICE**
vs.                                 :
:
RBS /ABN AMRO, INC.,                :
:
                    Defendant.      :
:
------------------------------------X

I hereby certify that on July 30, 2012, the Notice of Appearance of Irina Constantin, Esq. and Certification of Service were served via ECF on the court, and via overnight courier, at the following address of *pro se* Plaintiff Miguel A. de Jesus:

Miguel A. de Jesus
6 Deer Track Drive
East Stroudsburg, PA 18302

Dated: July 30, 2012

PROSKAUER ROSE LLP

By: _____
Irina Constantin
*iconstantin@proskauer.com*
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
973.274.3200
*Attorneys for Defendant*