PROSKAUER ROSE LLP
John P. Barry
Irina Constantin
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.3200
Fax: 973.274.3299
E:jbarry@proskauer.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL A. DE JESUS, | CASE NO.: 12-cv-04395 (WJM) (MF) |
| Plaintiff, | **PROPOSED FORM OF ORDER** |
| vs. | |
| RBS /ABN AMRO, INC., | |
| Defendant. | |

**THIS MATTER** having been opened to the Court upon the motion of defendant The Royal Bank of Scotland N.V. ("Defendant"), to dismiss the Complaint of plaintiff Miguel A. de Jesus ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having considered the papers submitted, and any oral argument by the parties, and for good cause shown;

IT IS on this _____ day of _____ , 2012, hereby

**ORDERED** that Defendant's motion is hereby GRANTED, and that Plaintiff's Complaint is dismissed.

_____
Hon. William J. Martini, U.S.D.J.