PROSKAUER ROSE LLP
John P. Barry
Irina Constantin
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.3200
Fax: 973.274.3299
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------X

| | |
|---|---|
| MIGUEL A. DE JESUS, | : CASE NO.: 12-cv-04395 (WJM) (MF) |
| Plaintiff, | : **CERTIFICATION OF SERVICE** |
| vs. | : |
| RBS /ABN AMRO, INC., | : |
| Defendant. | : |

------------------------------X

I hereby certify that, on July 30, 2012, the foregoing Notice of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and documents in support thereof were served via ECF on the court, and via overnight courier, at the following address of *pro se* plaintiff Miguel A. de Jesus:

> Miguel A. de Jesus
> 6 Deer Track Drive
> East Stroudsburg, PA 18302

Dated: July 30, 2012

PROSKAUER ROSE LLP

By: _____
Irina Constantin
*iconstantin@proskauer.com*
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
973.274.3200
*Attorneys for Defendant*