PROSKAUER ROSE LLP
John P. Barry
Irina Constantin
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.3200
Fax: 973.274.3299
E:jbarry@proskauer.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MIGUEL A. DE JESUS,                :   CASE NO.: 12-cv-04395 (WJM) (MF)
                                   :
                Plaintiff,         :   **NOTICE OF MOTION**
         vs.                       :   **TO DISMISS THE COMPLAINT**
                                   :
RBS /ABN AMRO, INC.,               :
                                   :
                Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Miguel A. de Jesus, *pro se*
      6 Deer Track Drive
      East Stroudsburg, PA 18302

**PLEASE TAKE NOTICE** that on **September 4, 2012** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant The Royal Bank of Scotland N.V., shall move before the Honorable William J. Martini, U.S.D.J., at the United States District Court of New Jersey located at Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint of *pro se* plaintiff Miguel A. de Jesus.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant will rely on the Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint and the Declaration of John P. Barry, Esq., filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: July 30, 2012
       Newark, New Jersey

PROSKAUER ROSE LLP

s/ John P. Barry
John P. Barry (jbarry@proskauer.com)
Irina Constantin (iconstantin@proskauer.com)
PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Fax: 973.274.3299
*Attorneys for Defendant*