PROSKAUER ROSE LLP
John P. Barry
*jbarry@proskauer.com*
Irina Constantin
*iconstantin@proskauer.com*
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.3200
Fax: 973.274.3299
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------X

| | |
|---|---|
| MIGUEL A. DE JESUS, | : CASE NO.: 12-cv-04395 (WJM) (MF) |
| Plaintiff, | : **DECLARATION OF JOHN P. BARRY** |
| vs. | : |
| RBS /ABN AMRO, INC., | : |
| Defendant. | : |

------------------------------X

I, JOHN P. BARRY, an attorney duly admitted to practice law before this Court, hereby declare, pursuant to 28 U.S.C. §1746:

1. I am a member of the firm of Proskauer Rose LLP, attorneys for defendant The Royal Bank of Scotland N.V., incorrectly named herein as "RBS/ABN AMRO, Inc." ("Defendant"). I submit this declaration in support of Defendant's motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by plaintiff Miguel A. de Jesus with the Superior Court of the State of New Jersey and removed to this Court on July 13, 2012.

      I certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: July 30, 2012
        Newark, New Jersey                       s/ John P. Barry
                                                               John P. Barry

# EXHIBIT A

**Name:** Miguel A. de Jesus

**Address:** 6 Deer Track Drive

**Telephone Number:** 570-223-3861 or 570-369-5###

**Plaintiff:** Miguel A. de Jesus

v.

**Defendant(s):** RBS/ABN AMRO INC

Superior Court of New Jersey
Law Division Hudson County
Docket No L-1290-12
(to be filled in by the court)

**CIVIL ACTION**
**Complaint**

Plaintiff, Miguel A. de Jesus, residing at 6 Deer Track Drive, City of East Stroudsburg, Pa., 18302, County of Monroe.

State Of New Jersey, complaining of defendant, states as follows:

1. On March 8, 2012, RBS/ABN AMRO INC Defendant (name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

I had a car accident at the end of June, 2009, which made me unable to work. I had to work because I was afraid of loosing my job. I was having back spasm and the pain medicine made me drowzzy making it dangerous to drive, while the doctor adviced me not to work. Because I worked in the month of July 2009 the insurance company denied my claim even though the disability continue until mid January 2010.

Revised 09/1/2009, CN 10553-English (How to File a Complaint in the Superior Court)
Published 4/1/2008, CN 11210 – English

Page 7 of 9

Even though I was offered a Job in connecticut I could not take it because I would have had to move and it would had affected my sons custody case. For this reason I had to turn down the offer. For this reason I was let go from the Company. I received a severence pacage, how ever I did not sign it because it included a clause which prevented me from receiving my workers compensation for the time that I was disable. Their for I am requesting my severance pay as well as my workers compensation and related problems through the years involving Tax due to my 41K retirement plant that I had ~~borrowed~~ borrowed.

a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: _____3/8/12_____   Signature: _____/s/ Miguel A. de J._____

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: _____3/8/12_____   Signature: _____/s/ Miguel A. de J._____

Revised 09/1/2009, CN 10553-English (How to File a Complaint in the Superior Court)
Published 4/1/2008, CN 11210 – English

Page 9 of 9