United States District Court
for the District of New Jersey

| | |
|---|---|
| **MIGUEL A. DE JESUS** | |
| | Civil No. 12-4395 |
| Plaintiff | |
| vs. | Order of Reassignment |
| **RBS/ABN AMRO INC.** | |
| Defendant | |

It is on this 14th day of August 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Faith S. Hochberg.

                                                  S/Jerome B. Simandle
Jerome B. Simandle, Chief Judge
United States District Court