<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL A. DeJESUS, | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | Civil Case No. 12-4395 (FSH) (MF) |
| v. | **<u>ORDER</u>** |
| RBS/ABN AMRO, INC., | Date: August 22, 2012 |
| Defendant. | |

**<u>HOCHBERG, District Judge:</u>**

This matter having come before the Court upon *pro se* Plaintiff's letter dated August 17, 2012, requesting a hearing in lieu of a brief; and

this Court requiring a brief in opposition to any motion;[1] and

it appearing that Plaintiff's opposition brief was due August 21, 2012;

**IT IS** on this 22nd day of August, 2012,

**ORDERED** that Plaintiff's opposition is due September 4, 2012, and the new return date for the motion is September 17, 2012.

      /s/ Faith S. Hochberg_____
      Hon. Faith S. Hochberg, U.S.D.J.

---

[1] In his brief, Plaintiff may explain why he believes a hearing is necessary. However, he must first provide the Court with an argument <u>in writing</u> explaining why the Defendant's motion should not be granted. The Court will therefore *sua sponte* grant Plaintiff an extension to file his brief opposing Defendant's motion. If Plaintiff fails to file an opposition brief, the Court will construe the letter dated August 17, 2012, as his opposition.